[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 15-13274
Non-Argument Calendar

_____

D.C. Docket No. 1:10-cr-00101-KD-C-2

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

KENNETH DONNELL WATKINS,
a.k.a. Dino Watkins,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

(April 20, 2016)

Before HULL, MARCUS, and EDMONDSON, Circuit Judges.

PER CURIAM:

Kenneth Watkins, proceeding with the assistance of counsel, appeals from the district court's denial of his 18 U.S.C. § 3582(c)(2) motion to reduce his sentence based on Amendment 782 to the Sentencing Guidelines.  The district court did not err in concluding that he was ineligible for a sentence reduction, because his below-guideline 84-month sentence -- which resulted from a downward variance and not from a government motion for substantial assistance -- was below his amended guideline range.  Moreover, Watkins's argument that the policy statement in U.S.S.G. § 1B1.10(b)(2) violates the remedial goals of *Booker*[*] is foreclosed by precedent.  *See Dillon v. United States*, 130 S. Ct. 2683 (2010).  For background, see *United States v. Colon*, 707 F.3d 1255 (11th Cir. 2013).

AFFIRMED.

---

[*] *United States v. Booker*, 543 U.S. 220, 125 S. Ct. 738, 160 L. Ed.2d 621 (2005).